EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 46 |
|---|---|
| Ángel G. Derkes Guzmán | 181 DPR ____ |

Número del Caso: TS 6870


Fecha: 25 de marzo de 2011


Abogada de la Parte Peticionaria:

       Lcda. María de Lourdes Guzmán Rivera

Comisión de Reputación para el Ejercicio de la Abogacía:

       Lcdo. Doel Quiñones Núñez
       Lcda. Belén Guerrero Calderón
       Lcda. Waleska Delgado Marrero
       Lcdo. Héctor Saldaña
       Lcda. Jocelyn López Vilanova

Procurador Especial de la Comisión de Reputación

       Lcdo. Alcides Oquendo Solís

Oficina de la Procuradora General

       Lcda. Minnie H. Rodríguez López
       Procuradora General Auxiliar


Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ángel G.Derkes Guzmán

TS-6870

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de marzo de 2011.

Examinados el Informe de la Procuradora General, la reacción al mismo y moción sobre cumplimiento del Sr. Ángel G. Derkes Guzmán, así como el Informe de la Comisión de Reputación, se reinstala al Sr. Ángel G. Derkes Guzmán al ejercicio de la abogacía y la notaría.

Se le advierte al señor Derkes Guzmán que de continuar ejerciendo simultáneamente las profesiones de abogado e ingeniero, deberá velar porque una no afecte la otra.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo